AO 450 (SCD 04/2010) Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the

District of South Carolina

| Michael Scott Burton | ) |
|---|---|
| *Petitioner* | ) |
| v. | ) Civil Action No.   9:22-cv-00926-SAL |
| Mr. Jansen | ) |
| *Respondent* | ) |

**JUDGMENT IN A CIVIL ACTION**

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($__), which includes prejudgment interest at the rate of ____ %, plus postjudgment interest at the rate of ____ %, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____.

■ other: Petitioner, Michael Scott Burton, shall take nothing of Respondent, Mr. Jansen, as to the petition filed pursuant to 28 U.S.C. § 2241 and the petition is dismissed without prejudice..

This action was *(check one)*:

☐ tried by a jury, the Honorable _____ presiding, and the jury has rendered a verdict.

☐ tried by the Honorable _____ presiding, without a jury and the above decision was reached.

■ decided by the Honorable Sherri A Lydon, United States District Judge, presiding. The Court having adopted the Report and Recommendation set forth by the Honorable Molly H Cherry, United States Magistrate Judge.

Date:   September 23, 2022                                    *ROBIN L. BLUME, CLERK OF COURT*

                                                                                    s/A. Snipes

                                                                          *Signature of Clerk or Deputy Clerk*